AUSA: Barbara Lanning          Telephone: (313) 226-9100
Special Agent: Jameria Caldwell          Telephone: (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:25−mj−30081 |
| v. | | Assigned To : Unassigned |
| Javion Cook | | Assign. Date : 2/21/2025 |
| | Case No. | Description: RE: JAVION COOK (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 19, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jameria Caldwell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 21, 2024__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jameria Caldwell, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) and have been for approximately eight years. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with the ATF, I have conducted and/or participated in numerous criminal investigations focused on firearms, narcotics, armed drug trafficking violations, and criminal street gangs.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      The ATF is currently conducting a criminal investigation concerning Javion COOK, for violation of 18 U.S.C. § 922(o) Illegal Possession of a Machinegun).

## II.     PROBABLE CAUSE

4.      On February 19, 2025, Detroit Police Department (DPD) officers, including officers with the Headquarter Surveillance Unit, were looking for COOK to arrest him for his involvement in a homicide that took place on February 9, 2025, in Detroit, Michigan. At approximately 3:00 p.m., officers spotted Cook and two associates walking near the intersection of Livernois Road and Maple Road in Clawson, Michigan. Officers tracked the group as they walked into a Wendy's near the intersection.

5.      DPD officers pulled up to the Wendy's and approached COOK and his associate as they walked out of the restaurant. COOK immediately took off running. One officer chased COOK while the other handcuffed and arrested COOK's associate, who was carrying a concealed handgun.

6.      While being chased by the officer, COOK pulled a handgun from his coat and threw it across the street. A sergeant conducting surveillance saw COOK flee from the officer and toss the handgun across Livernois Road. The sergeant blocked traffic on Livernois Road. Officers recovered the firearm, a black Glock 32, .357 caliber pistol equipped with a purple machinegun conversion device.

7.     Officers caught up to COOK and placed him under arrest. COOK's flight from officers and subsequent arrest was captured on the officers' body-worn camera and security video from a nearby business.

8.     The black Glock 32, .357 caliber pistol handgun was equipped with a machinegun conversion device (MCD), which is commonly referred to as a "switch." The MCD or "switch" is a conversion device that is designed to convert a semi-automatic firearm to a fully automatic firearm, which is capable of expelling multiple rounds from a single trigger pull. Since the sole purpose of a MCD or "switch" is to make a firearm fully automatic, the MCD or "switch" itself is classified as a machinegun under federal law.

9.     ATF Special Agent Kenton Weston viewed photographs of the black Glock 32, .357 caliber pistol handgun recovered in this case. In addition to basic ATF training, SA Weston is a graduate of a specialized course on privately made firearms and machinegun conversion devices (PMF/MCD). SA Weston has provided instruction to DPD officers on the identification of PMFs and MCDs. SA Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the photos, SA Weston confirmed that the device affixed to the firearm appeared to be a machinegun conversion device (MCD), colloquially referred to as a "Glock Switch."

10.     As part of the investigation into the street gang Murdaville, ATF and

3

DPD have been monitoring Instagram profiles associated to Murdaville members and associates, to include an account associated with COOK since at least June 2023. During that time, I have observed COOK displaying various types of suspected firearms to include pistols—some of which appeared to be equipped with MCDs—rifles and AR-style pistols. Some of these suspected firearms were also equipped with high-capacity magazines.

11.     As part of the investigation into the street gang Murdaville, ATF and DPD have also been monitoring music videos associated to Murdaville members and associates, to include music videos associated with an artist known as "Lil Mooney" since at least June 2023. "Lil Mooney" is a known moniker for COOK. In those videos, I have observed COOK display various types of suspected firearms to include pistols—some of which were equipped with MCDs—rifles and AR-style pistols. Some of these suspected firearms were also equipped with high-capacity magazines. The song lyrics featured in these music videos mention ongoing rival gang disputes, willingness to commit shootings, possession of firearms which were commonly referred to as "poles," and possession of firearms equipped with MCDs or "switches" which were commonly referred to as "buttons."

12.     As one example, in the music video for the song "Risky" by Lil Mooney, COOK raps "I signed a deal, I'm paying a hundred in cash to get all my opps killed" and "he the one got on your man—switch, drake, switch, drake. They

4

left his head all on the wheel." Later in the same song, COOK raps "it's too much money on my mind, got no time for thinking about bitches. I spent 2k on some switches. My young n****s put that switch on you and leave your ass twitchin'."

## III.   CONCLUSION

13.    Probable cause exists to believe that on February 19, 2025, Javion COOK knowingly possessed a firearm equipped with a machinegun conversion device in violation of Title 18 U.S.C. Section 922(o). This violation occurred within the Eastern District of Michigan.

_____
Jameria Caldwell, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Dated:   February 21, 2025

5